UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JAMEL J. EDWARDS,

        Plaintiff,

    v.                                     CAUSE NO. 3:22-CV-627-DRL-MGG

WELLS,

        Defendant.

## ORDER

Jamel J. Edwards, a prisoner without a lawyer, filed a case-initiating document complaining about an incident at Miami Correctional Facility in which he was allegedly attacked by another inmate. (ECF 1.) He also attaches a document from a prison disciplinary proceeding in which he was accused of stabbing this same inmate. He has not used the court's approved prisoner complaint form, nor does his handwritten filing track the form. *See* N.D. IND. L.R. 7-6 (providing that the court can require litigants representing themselves to use clerk-supplied complaint forms). Instead, his filing reads more like a letter to the clerk expressing his desire to file a lawsuit. It is not clear exactly who he is trying to sue and why.

When a complaint is vague, confusing, or lacking in necessary detail, the court is "within its rights" to dismiss it with leave to replead. *Loubser v. Thacker*, 440 F.3d 439, 443 (7th Cir. 2006); *see also Luevano v. Wal-Mart*, 722 F.3d 1014 (7th Cir. 2013). The complaint will be stricken, but he will be afforded an opportunity to submit an amended complaint. For his convenience, the clerk will send him the appropriate form to use. In preparing the

amended complaint, he should complete every question on the form to the best of his ability, identify each defendant he is suing, and provide a factual basis for his claim against each defendant.

Additionally, the docket reflects that he has not paid the filing fee or moved for leave to proceed *in forma pauperis*. He must take one of these two steps for the case to proceed. If he moves for leave to proceed *in forma pauperis*, he must provide a certified copy of his trust fund ledgers for the past six months as required by 28 U.S.C. § 1915(a)(2).

For these reasons, the court:

(1) STRIKES the complaint (ECF 1);

(2) DIRECTS the clerk to place this cause number on a blank **Prisoner Complaint (INND Rev. 8/16)** form and send it to the plaintiff;

(3) GRANTS the plaintiff until **September 9, 2022**, to file an amended complaint on the appropriate form **and** either pay the filing fee in full or file a motion for leave to proceed in forma pauperis accompanied by a certified copy of his trust fund ledgers for the past six months; and

(4) CAUTIONS him that if he does not respond by the deadline, this case is subject to dismissal without further notice for lack of prosecution.

SO ORDERED.

August 8, 2022                                             *s/ Damon R. Leichty*
                                                           Judge, United States District Court