JaMel Edwards
v.
Wells

United States District Court
Northern District of Indiana
South Bend Division

Cause NO: 3:22-CV-627-DRL

Plaintiff, JaMel Edwards hereby submits this letter to the courts informing you that he has been transferred from the Miami Correctional Facility to the New Castle Correctional Facility and he would like the courts to process any mail pertaining to the case to his new facility.

Respectfully Submitted
JaMel Edwards 266676
New Castle Correctional Facility
P.O Box A
New Castle, IN 47362

-FILED-

JAN 24 2023

At _____ M
Chandra J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Name: JaMel Edward

DOC# 266676   Housing Unit M3/201
THE GEO GROUP INC.
NEW CASTLE CORRECTIONAL FACILITY
P.O. BOX A
NEW CASTLE, IN 47362

This correspondence has been mailed by an offender incarcerated at the above correctional institution.
"WARNING" Not responsible for contents. Any enclosed Postal Money orders should be referred to your local postmaster before cashing.

INDIANAPOLIS IN 460
11 JAN 2023 PM 3 L

quadient
FIRST-CLASS MAIL
IMI
$000.57
01/10/2023 ZIP 47362
US POSTAGE

United States District Court
Northern District of Indiana
South Bend Division